IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by JAMES R. KLEIN, Administrator, | ) ) Civil Action No. 10-1725 |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) |
| JAMES VINCENT SINKAUS and PAUL SINKAUS individually and t/d/b/a JVS SPECIALTIES a/k/a JVS SPECIALTIES, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## CONSENT ORDER

AND NOW, this 5th day of April 2011, with the consent of the parties, it is hereby

ordered that judgment is hereby entered in favor of the Plaintiff and against Defendants, James

Vincent Sinkaus and Paul Sinkaus individually and t/d/b/a JVS Specialties a/k/a JVS Specialties,

LLC, in the amount of $410,933.80. Interest will accrue at 10% per year on the unpaid principal

balance from December 31, 2010 if Defendants' breach the repayment obligations herein.

Defendants will make eighteen (18) monthly payments of $19,167.00 on the Judgment

beginning the end of the first full month of James V. Sinkaus' employment with KBR, Inc. and

continuing monthly thereafter under the obligations described herein are satisfied.

Between now and March 15, 2011, if Defendants cause payments to be submitted to

Plaintiff, the aforesaid required monthly payments shall be reduced pro rata.

If any monthly payment is not timely submitted, Defendants also agree to pay interest on

any such late principal payments at the rate of 15% per year. Plaintiff reserves the right to treat

Defendants as in default of this agreement and seek enforcement of this Judgment if any periodic

payment becomes more than thirty days past due.

If all eighteen monthly payments plus interest for late payments are delivered to Plaintiff,

or if Plaintiff otherwise receives monies from or attributable to Defendants pursuant to

paragraph (5) of the parties' Agreement in an amount equal to $345,000 on or before the

repayment term set forth herein, Plaintiff will waive all contractual damages claimed by Plaintiff,

will not seek enforcement of this Judgment, and will promptly mark this Judgment satisfied.

Otherwise, this consent judgment will be enforceable upon breach to the full extent of judgments

under Pennsylvania law.

CONSENTED TO:

/s/ Joy Flowers Conti
United States District Judge

s/Jeffrey J. Leech
Jeffrey J. Leech, Attorney for Plaintiff
Carpenters Combined Funds, Inc.

s/David V. Weicht
David V. Weicht, Attorney for Defendant, Paul Sinkaus

James Vincent Sinkaus