## WAGE ASSIGNMENT

To: SOS International Ltd. d/b/a SOS International LLC
1881 Campus Commons Drive, Suite 500
Reston, VA 20191

Notice is given that the undersigned, James Vincent Sinkaus, has irrevocably assigned to the Carpenters Combined Funds, Inc., of 650 Ridge Road, Suite 300, Pittsburgh, PA 15205, the sum of twenty-three percent (23%) of my monthly compensation (including but not limited to salary, bonuses and commissions) arising out of my services performed under my existing employment with SOS International Ltd. d/b/a SOS International LLC or any affiliated company. These payments are to be made by wire transfer per the wire transfer instructions below:

Beneficiary Bank ID: 043000096
Beneficiary Bank Name: PNC BANK
Beneficiary Bank Address: PITTSBURGH, PA
Beneficiary Account: 9031700
Beneficiary Name: CARPENTERS CONTRIBUTION ACCOUNT

The contact information for the recipient of the wire transfer is as follows:

Carpenters Combined Funds, Inc.
Attention: James Klein, Administrator
650 Ridge Road, Suite 300
Pittsburgh, PA 15205

This assignment to the Carpenters Combined Funds, Inc. is pursuant to a judgment against James Vincent Sinkaus at Docket No. 10-1725 of the United States District Court for the Western District of Pennsylvania, stemming from Sinkaus' debt to certain medical, retirement and other funds due to the employment of carpenters by JVS Specialties, Inc. under the terms of a collective bargaining agreement.

Further notice is given that you are required to wire a sum equal to 23% of all compensation arising from my services and payable to me, and to remit this same amount to Carpenters Combined Funds, Inc. Your failure to do so renders you liable for all payments that should have been paid to the Carpenters Combined Funds, Inc. under this assignment.

Further notice is given that once you have received this notice of assignment, the assignor, James Vincent Sinkaus, will no longer have the authority to revoke or otherwise change the terms of this irrevocable assignment. This irrevocable assignment is to remain in effect until you receive written direction from the Carpenters Combined Funds, Inc. to reduce or to discontinue such payments.

_____
James Vincent Sinkaus

SWORN to and subscribed before me this
2 day of July, 2014

_____
Notary Public County of Fairfax

LIT:565513-2 010342-148282

[Notary Seal: LAURA K GLASS, NOTARY PUBLIC, REG. #312979, MY COMMISSION EXPIRES 12/31/20__, COMMONWEALTH OF VIRGINIA]

EXHIBIT A