**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., ) <br> BY JAMES R. KLEIN ADMINISTRATOR, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES VINCENT SINKAUS, PAUL ) <br> SINKAUS, individually, trading and doing ) <br> business as JVS SPECIALTIES, also ) <br> known as JVS SPECIALTIES, LLC. ) <br> ) <br> Defendants. ) | Civil Action No. 2:10-cv-01725-JFC <br><br> Honorable Joy Flowers Conti <br> ELECTRONICALLY FILED |

## **ORDER OF COURT**

AND NOW, to wit, this ____ day of _____, 2014 upon consideration of the foregoing Motion Requesting Entry of Order of Court to Comply with Assignment, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED and SOS International Ltd. d/b/a SOS International LLC is authorized and directed to comply with the Assignment executed by James Vincent Sinkaus for payment of twenty-three percent of his monthly compensation to the Carpenters Combined Funds, Inc.

BY THE COURT:


_____, J.
Joy Flowers Conti
United States District Judge

566785.1